IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KEITH F. BELL. Ph.D., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. A06-CA-692-SS |
| PATRICK L. TYSON, MARC BLOOM, BREAKAWAY BOOKS, and CONSORTIUM BOOK SALES & DISTRIBUTION, | § § § § § | |
| Defendants. | § § | |

## JOINT REPORT REGARDING STATUS OF SETTLEMENT

Pursuant to the Court's Order of March 18, 2008, counsel for the parties in the above-captioned matter file this report to advise the Court that the parties have reached a mutually-agreeable settlement, which they have embodied in a Settlement Agreement. The parties are presently executing the Settlement Agreement and anticipate that a Joint Stipulation of Dismissal will be filed with the Court on or about Friday, April 4, 2008.

[SIGNATURES ON NEXT PAGE]

FORTKORT & HOUSTON P.C.

_____  
Counsel for Plaintiff

March 31, 2008  
Date

Randolph B. Houston, Jr.  
FORTKORT & HOUSTON P.C.  
9442 N. Capital of Texas Highway  
Suite 500  
Austin, Texas 78759

LINDQUIST & VENNUM PLLP

/Bruce H. Little, by permission  
_____  
Counsel for Defendants

March 31, 2008  
Date

Bruce H. Little  
LINDQUIST & VENNUM PLLP  
4200 IDS Center  
80 South Eighth  
Minneapolis, MN 55402-2274

FRITZ, BYRNE, HEAD & HARRISON, LLP

_____  
Counsel for Defendants

March 31, 2008  
Date

Dale L. Roberts  
FRITZ, BYRNE, HEAD & HARRISON, LLP  
98 San Jacinto Boulevard  
Suite 2000  
Austin, TX 78701